UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELANIE WILLIAMS,

    Plaintiff,

vs.                          CASE NO.: 3:06-cv-686-J-34MCR

MATTHEW SIRMONS, JAMES MILLS,
and SHERIFF JOHN RUTHERFORD,
of the JACKSONVILLE SHERIFF'S OFFICE,

    Defendants.
_____/

**NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND DEFENDANTS AND STIPULATION
FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

    Plaintiff, Melanie Williams ("Williams") and Defendants, Matthew Sirmons, James Mills and Sheriff John Rutherford, pursuant to Local Rule 3.08 of the United States District Court for the Middle District Court of Florida, notify the Court that Williams and Sheriff John Rutherford have settled this case as to all claims brought against all the Defendants. Williams and Sheriff John Rutherford stipulate that they have resolved all claims that were brought against the Sheriff John Rutherford and all other Defendants, and further stipulate that they have resolved all claims that were brought or might have been brought by Williams against Sheriff John Rutherford or Matthew Sirmons, James Mills or any other past or current officer, employee, agent, contractor or servant of the Jacksonville Sheriff's Office, for all acts or omissions arising out of and in the course and scope of Jacksonville Sheriff's Office employment or function or pursuant to contractual arrangement by or among any of the parties.

    All parties, by and through undersigned counsel, respectfully request that the Court enter an

Order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing with prejudice the action as to all Defendants.

/s/ Linnes Finney
LINNES FINNEY, JR., ESQUIRE
Florida Bar No. 353671
GARY, WILLIAMS, FINNEY,
LEWIS, WATSON & SPERANDO, P.L.
P.O. Box 9005
Stuart, Florida 34994
(772) 283-8260-Telephone
(772) 283-4996-Facsimile
Attorney for Plaintiff,
Melanie Williams
lf@williegary.com

/s/ Jon R. Phillips
**Jon R. Phillips, Esquire**
**Assistant General Counsel**
Florida Bar No.: 273813
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1609 - Telephone
(904) 630-1316 - Facsimile
Attorney for Defendant,
John H. Rutherford
Jphillips@coj.net

/s/ Paul A. Daragjati
**PAUL A. DARAGJATI, ESQ.**
Florida Bar No.: 0713813
5530 Beach Boulevard
Jacksonville, Florida 32202
904-398-7010; 904-398-7192 (fax)
PDaragjati@fop530.com
Attorney for Defendants Matthew Sirmons
and James Mills

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ Jon R. Phillips
Attorney